Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIANO BENITEZ**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**GOTHAM CITY CAPITAL, LLC**; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01582-BEN MDD<br><br>**PRAECIPE TO ISSUE ALIAS SUMMONS** |

Attached hereto is the Proposed Alias Summons for the above referenced case.

Respectfully Submitted this 11th day of September, 2020.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.
By:  /s Todd M. Friedman
     Todd M. Friedman

Law Offices of Todd M. Friedman
Attorneys for Plaintiff